# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
March 7, 2019

In re:

    Graylon L. Tubman
    Debtor*

Case Number: 19–50294 jam
Chapter: 13

### AMENDED NOTICE OF CHAPTER 13 PLAN CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that a Confirmation Hearing on the Debtor's Chapter 13 Plan, <u>and any amended or modified plan filed before confirmation in accordance with 11 U.S.C. § 1323</u>, will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **June 13, 2019** at **11:00 AM** to consider and act upon the following matter(s):

    **Chapter 13 Plan Filed by James G. O'Rourke on behalf of Graylon L. Tubman, Debtor. (O'Rourke, James) (Re: Doc #5)**

**OBJECTION(S) DUE:** June 6, 2019 before 4:00 p.m.

**NOTE:** If the Filer or the Filer's attorney does not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: March 7, 2019

For the Court

*Myrna Atwater* (signature)

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112